

# Missouri Court of Appeals
## Southern District

**JUNE 27, 2016**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.  Case No. SD34049

    Re:  EDWARD A. RENKOSKI,
         Petitioner-Appellant,
         vs.
         MELISSA A. RENKOSKI,
         Respondent-Respondent.